# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: BIG TIME HOLDINGS, LLC | § Case No. 1-17-40960-NHL |
| | § |
| | § |
| Debtor(s) | § |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

ROBERT J. MUSSO, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: _$0.00_ <br> *(without deducting any secured claims)* | Assets Exempt: _N/A_ |
| Total Distribution to Claimants:_$396,793.47_ | Claims Discharged <br> Without Payment: _N/A_ |
| Total Expenses of Administration:_$121,218.29_ | |

3) Total gross receipts of $    518,011.76    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $        0.00    (see **Exhibit 2** ), yielded net receipts of $518,011.76 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $425,848.44 | $425,274.68 | $396,793.47 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 115,279.18 | 115,279.18 | 115,279.18 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 9,313.35 | 5,939.11 | 5,939.11 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 69,356.94 | 0.00 | 0.00 | 0.00 |
| **TOTAL DISBURSEMENTS** | $69,356.94 | $550,440.97 | $546,492.97 | $518,011.76 |

4)  This case was originally filed under Chapter 7 on March 01, 2017. The case was pending for 39 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/24/2021_____    By:_/s/ROBERT J. MUSSO_____
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Account Trasnfer from Chapter 11 estate to Chapt | 1290-010 | 115,944.72 |
| Reverse Deposit to Ch. 11 Estate Bank Account | 1290-010 | -115,944.72 |
| Reverse deposit returned back to account. | 1290-010 | 115,944.72 |
| Reversed Deposit 100001 1 Account Trasnfer from | 1290-010 | -115,944.72 |
| 200-15 Linden Blvd | 1110-000 | 468,589.23 |
| Funds from converted chapter 11 estate acct. | 1290-010 | 49,422.53 |
| **TOTAL GROSS RECEIPTS** | | **$518,011.76** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | New York City Water Board | 4110-000 | N/A | 573.76 | 0.00 | 0.00 |
| 2 -3 | Flushing Bank | 4110-000 | N/A | 425,274.68 | 425,274.68 | 396,793.47 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$425,848.44** | **$425,274.68** | **$396,793.47** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - ROBERT J. MUSSO | 2100-000 | N/A | 29,150.59 | 29,150.59 | 29,150.59 |
| Trustee Expenses - ROBERT J. MUSSO | 2200-000 | N/A | 179.00 | 179.00 | 179.00 |
| U.S. Trustee Quarterly Fees - United States Trustee Payment Center | 2950-000 | N/A | 975.00 | 975.00 | 975.00 |
| Attorney for Trustee Fees (Trustee Firm) - Rosenberg Musso & Weiner | 3110-000 | N/A | 46,562.50 | 46,562.50 | 46,562.50 |
| Attorney for Trustee Expenses (Trustee Firm) - Rosenberg Musso & Weiner | 3120-000 | N/A | 1,761.97 | 1,761.97 | 1,761.97 |
| Accountant for Trustee Fees (Trustee Firm) - Joseph Broderick | 3310-000 | N/A | 1,772.50 | 1,772.50 | 1,772.50 |
| Other - ConEdison | 2420-000 | N/A | 110.18 | 110.18 | 110.18 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 77.81 | 77.81 | 77.81 |
| Other - Con Edison | 2420-000 | N/A | 232.26 | 232.26 | 232.26 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 161.25 | 161.25 | 161.25 |
| Other - National Grid | 2420-000 | N/A | 290.47 | 290.47 | 290.47 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 177.26 | 177.26 | 177.26 |
| Other - Con Edison | 2420-000 | N/A | 228.36 | 228.36 | 228.36 |
| Other - Con Edison | 2420-000 | N/A | 212.39 | 212.39 | 212.39 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 175.14 | 175.14 | 175.14 |
| Other - Amoy Chin | 2500-000 | N/A | 200.00 | 200.00 | 200.00 |
| Other - National Standard Abstract LLC | 2500-000 | N/A | 9,174.07 | 9,174.07 | 9,174.07 |
| Other - National Grid | 2420-000 | N/A | 110.82 | 110.82 | 110.82 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 327.19 | 327.19 | 327.19 |
| Other - Maltz Auctions, Inc. | 3991-000 | N/A | 22,250.00 | 22,250.00 | 22,250.00 |
| Other - ConEdison | 2420-000 | N/A | -283.91 | -283.91 | -283.91 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 263.45 | 263.45 | 263.45 |
| Other - Global Surety, LLC | 2300-000 | N/A | -223.00 | -223.00 | -223.00 |
| Other - Mechanics Bank | 2600-000 | N/A | 92.19 | 92.19 | 92.19 |
| Other - Mechanics Bank | 2600-000 | N/A | 184.23 | 184.23 | 184.23 |
| Other - Mechanics Bank | 2600-000 | N/A | 177.80 | 177.80 | 177.80 |
| Other - Mechanics Bank | 2600-000 | N/A | 195.89 | 195.89 | 195.89 |
| Other - Mechanics Bank | 2600-000 | N/A | 189.45 | 189.45 | 189.45 |
| Other - Mechanics Bank | 2600-000 | N/A | 176.93 | 176.93 | 176.93 |
| Other - Mechanics Bank | 2600-000 | N/A | 194.95 | 194.95 | 194.95 |

| | | | | | |
|---|---|---|---|---|---|
| Other - Mechanics Bank | 2600-000 | N/A | 182.44 | 182.44 | 182.44 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $115,279.18 | $115,279.18 | $115,279.18 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Rosenberg Musso & Weiner | 6110-000 | N/A | 2,625.00 | 0.00 | 0.00 |
| Rosenberg Musso & Weiner | 6120-000 | N/A | 749.24 | 0.00 | 0.00 |
| Richard Creditor, Esq. | 6210-600 | N/A | 680.00 | 680.00 | 680.00 |
| Richard Creditor, Esq. | 6220-610 | N/A | 124.11 | 124.11 | 124.11 |
| Joseph Broderick | 6410-580 | N/A | 5,135.00 | 5,135.00 | 5,135.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $9,313.35 | $5,939.11 | $5,939.11 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | National Grid | 7100-000 | 502.18 | N/A | N/A | 0.00 |
| NOTFILED | ConEd | 7100-000 | 3,961.00 | N/A | N/A | 0.00 |
| NOTFILED | Monique DeFour Jones | 7100-000 | 64,320.00 | N/A | N/A | 0.00 |
| NOTFILED | DEP/BCS | 7100-000 | 573.76 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $69,356.94 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 1-17-40960-NHL | **Trustee:** (520810) ROBERT J. MUSSO |
| **Case Name:** BIG TIME HOLDINGS, LLC | **Filed (f) or Converted (c):** 04/18/18 (c) |
| | **§341(a) Meeting Date:** 05/21/18 |
| **Period Ending:** 07/22/21 | **Claims Bar Date:** 07/21/17 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 200-15 Linden Blvd<br>    Orig. Asset Memo: Imported from original petition<br>    Doc# 14 | 450,000.00 | 468,589.23 | | 468,589.23 | FA |
| 2 | Funds from converted chapter 11 estate acct.  (u) | Unknown | Unknown | | 49,422.53 | FA |
| **2** | **Assets     Totals (Excluding unknown values)** | **$450,000.00** | **$468,589.23** | | **$518,011.76** | **$0.00** |

**Major Activities Affecting Case Closing:**

The trustee was appointed operating chapter 11 trustee on November 8, 2017. The only asset of the estate is the two story commercial building at 200-15 Linden Blvd., St. Albans, New York. The case was converted to chapter 7 on April 18, 2018 and R. Musso was appointed. The president of the Debtor is Andrew Jones a licensed attorney. *Jones was a tenant in Linden Blvd Property.* He has failed to comply with many orders of the court.

The trustee closed on 200-15 Linden Blvd., St. Albans, New York on September 5, 2018.

Andre Jones-Despite the closing of Linden Blvd. and not seeking a stay, filed an appeal to the district court from the sale order.

By order dated August 9, 2018, The Jones Law Group has been held in contempt for failure to pay the estate the $8,200.00 for back rent.

Trustee - Appealle has filed his brief and waiting for decision from the district court.

On 9/26/18 hearing on Auctioneer Maltz Fee Applicaton. Court awarded $28,698.75

Court on March 5, 2019 found Jones Law Group in contempt - failure to comply with order of the Court

5/20/19 Motion by Rosenberg, Musso & Weiner for Sanactions & Awarding Trustee legal fees

6/22/19 Order Imposing sanctions against the Jones Law Group; Rosenberg Musso & Weiner awarded $5,437.50 in legal fees: JLG ordered to pay Trustee $100 per week begining 6/28/19 and continue until $8,200 is paid.

District Court Judge Brodie issued Memorandum & Order on 6/24/19; Court Dismisses the Jones Appeal from the bankruptcy order approving the sale

7/23/19 Interim Application by Rosenberg Musso & Weiner filed for legal fees in the amount of $43,125.00 and Expenses in the amount $1,671.97; Haearing Scheduled for 8/28/19; Jones appealed to second circuit

August 28, 2019 Judge Lord approved interim compensation to Rosenberg Musso & Weiner for chapter 7 services of $42,500.00 plus expenses of $1,671.97 Jones Law Group filed notice of appeal to 2nd Circuit

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | December 31, 2018 | **Current Projected Date Of Final Report (TFR):** | November 18, 2020  (Actual) |

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 1-17-40960-NHL | **Trustee:** ROBERT J. MUSSO (520810) |
| **Case Name:** BIG TIME HOLDINGS, LLC | **Bank Name:** Mechanics Bank |
| | **Account:** ******0466 - Checking Account |
| **Taxpayer ID #:** **-***5799 | **Blanket Bond:** $44,643,604.00  (per case limit) |
| **Period Ending:** 07/22/21 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/16/18 | | Estate of Big Time Holdings Ch. 11 | Account Trasnfer from Chapter 11 estate to Chapter 7 estate. ~Case Converted from Chapter 11 to Chapter 7 | 1290-010 | 115,944.72 | | 115,944.72 |
| 05/25/18 | 101 | ConEdison | Account No. 26-6241-0162-0005-6 | 2420-000 | | 110.18 | 115,834.54 |
| 05/30/18 | {2} | Estate of Big Time Holdings Ch. 11 | Account Trasnfer from Chapter 11 estate to Chapter 7 estate. ~Case Converted from Chapter 11 to Chapter 7 - closed Chapter 11 account | 1290-010 | 227.81 | | 116,062.35 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 77.81 | 115,984.54 |
| 06/26/18 | 102 | Con Edison | Account No. 26-6241-0162-0005-6 | 2420-000 | | 232.26 | 115,752.28 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 161.25 | 115,591.03 |
| 07/16/18 | 103 | National Grid | Account No. 1293558269 | 2420-000 | | 290.47 | 115,300.56 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 177.26 | 115,123.30 |
| 08/01/18 | 104 | Con Edison | Account No. 26-6241-0162-0005-6 | 2420-000 | | 228.36 | 114,894.94 |
| 08/10/18 | {1} | Charles Okoh | Additional Deposit  from buyer Okoh | 1110-000 | 5,000.00 | | 119,894.94 |
| 08/28/18 | 105 | Con Edison | Account No. 26-6241-0162-0005-6 | 2420-000 | | 212.39 | 119,682.55 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 175.14 | 119,507.41 |
| 09/05/18 | {1} | Charles Okoh | Closing - 200-15 Linden Blvd. 9/5/18 | 1110-000 | 113,822.69 | | 233,330.10 |
| 09/05/18 | {1} | Law Office of Scott J. Saturn | Closing 200-15 Linden Blvd. 9/5/18 | 1110-000 | 283,016.54 | | 516,346.64 |
| 09/05/18 | 106 | Amoy Chin | Title Closer - 200-15 Linden Blvd., St. Albans, NY | 2500-000 | | 200.00 | 516,146.64 |
| 09/05/18 | 107 | National Standard Abstract LLC | Title Invoice - 200-15 Linden Blvd., St. Albans, New York | 2500-000 | | 9,174.07 | 506,972.57 |
| 09/10/18 | 108 | National Grid | Account No. 1293558269 | 2420-000 | | 110.82 | 506,861.75 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 327.19 | 506,534.56 |
| 10/01/18 | 109 | Maltz Auctions, Inc. | Brooker's Commission - Per Order Dated October 1, 2018 | 3991-000 | | 22,250.00 | 484,284.56 |
| 10/01/18 | 110 | Flushing Bank | 200-15 Linden Blvd., St. Albans, New York - Account ending in 0833 | 4110-000 | | 325,000.00 | 159,284.56 |
| 10/25/18 | | ConEdison | Refund issued by ConEdison for account ending in 0056 | 2420-000 | | -283.91 | 159,568.47 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 263.45 | 159,305.02 |
| 01/21/19 | | Global Surety, LLC | Return of premium of Trustee bond before conversion to Chapter 7 | 2300-000 | | -223.00 | 159,528.02 |
| 04/12/19 | | Estate of Big Time Holdings - Chapter 11 | Reverse deposit returned back to account. | 1290-010 | 115,944.72 | | 275,472.74 |
| 04/12/19 | | Estate of Big Time Holdings Ch. 11 | Reversed Deposit 100001 1 Account Trasnfer from Chapter 11 estate to Chapter 7 estate. | 1290-010 | -115,944.72 | | 159,528.02 |

Subtotals :                     $518,011.76      $358,483.74

{} Asset reference(s)

Printed: 07/22/2021 01:42 PM    V.20.34

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** | 1-17-40960-NHL | | | **Trustee:** | ROBERT J. MUSSO (520810) | |
| **Case Name:** | BIG TIME HOLDINGS, LLC | | | **Bank Name:** | Mechanics Bank | |
| | | | | **Account:** | ******0466 - Checking Account | |
| **Taxpayer ID #:** | **-***5799 | | | **Blanket Bond:** | $44,643,604.00  (per case limit) | |
| **Period Ending:** | 07/22/21 | | | **Separate Bond:** | N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ~Case Converted from Chapter 11 to Chapter 7 | | | | |
| 06/18/19 | 111 | Estate of Big Time Holdings Chapter 11 | Reverse Deposit to Ch. 11 Estate Bank Account | 1290-010 | -115,944.72 | | 43,583.30 |
| 06/27/19 | {1} | Estate of Big Time Holdings LLC - Chapter 11 Account | Funds from Converted estate Acct (re: 200-15 Linden Blvd) | 1110-000 | 30,000.00 | | 73,583.30 |
| 06/27/19 | {1} | Estate of Big Time Holdings, LLC - Chapter 11 | Funds transferred from converted chapter 11 (re: 200-15 Linden Blvd) | 1110-000 | 36,750.00 | | 110,333.30 |
| 06/27/19 | {2} | Estate of Big Time Holdings LLC - Chapter 11 | Funds from converted estate account | 1290-010 | 49,194.72 | | 159,528.02 |
| 09/13/19 | 112 | Rosenberg Musso & Weiner, LLP | Per Order September 4, 2019 | 3110-000 | | 42,500.00 | 117,028.02 |
| 09/13/19 | 113 | Rosenberg Musso & Weiner, LLP | Per Order September 4, 2019 | 3120-000 | | 1,671.97 | 115,356.05 |
| 03/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 92.19 | 115,263.86 |
| 04/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 184.23 | 115,079.63 |
| 05/29/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 177.80 | 114,901.83 |
| 06/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 195.89 | 114,705.94 |
| 07/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 189.45 | 114,516.49 |
| 08/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 176.93 | 114,339.56 |
| 09/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 194.95 | 114,144.61 |
| 10/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 182.44 | 113,962.17 |
| 12/10/20 | | Transition Transfer Debit | Transition Transfer Debit | 9999-000 | | 113,962.17 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 518,011.76 | 518,011.76 | **$0.00** |
| Less: Bank Transfers | 0.00 | 113,962.17 | |
| **Subtotal** | 518,011.76 | 404,049.59 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$518,011.76** | **$404,049.59** | |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 1-17-40960-NHL | Trustee: | ROBERT J. MUSSO (520810) |
|---|---|---|---|
| Case Name: | BIG TIME HOLDINGS, LLC | Bank Name: | People's United Bank |
| | | Account: | ******6487 - Checking Account |
| Taxpayer ID #: | **-***5799 | Blanket Bond: | $44,643,604.00  (per case limit) |
| Period Ending: | 07/22/21 | Separate Bond: | N/A |

| 1<br><br>Trans.<br>Date | 2<br><br>{Ref #} /<br>Check # | 3<br><br><br>Paid To / Received From | 4<br><br><br>Description of Transaction | 5<br><br><br>T-Code | 6<br><br>Receipts<br>$ | 7<br><br>Disbursements<br>$ | <br><br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/10/20 | | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT ******2572 | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT ******2572 | 9999-000 | 113,962.17 | | 113,962.17 |
| 02/04/21 | 10114 | ROBERT J. MUSSO | Dividend paid 100.00% on $179.00, Trustee Expenses;  Reference: | 2200-000 | | 179.00 | 113,783.17 |
| 02/04/21 | 10115 | ROBERT J. MUSSO | Dividend paid 100.00% on $29,150.59, Trustee Compensation;  Reference: | 2100-000 | | 29,150.59 | 84,632.58 |
| 02/04/21 | 10116 | United States Trustee Payment Center | Dividend paid 100.00% on $975.00, U.S. Trustee Quarterly Fees;  Reference: | 2950-000 | | 975.00 | 83,657.58 |
| 02/04/21 | 10117 | Joseph Broderick | Dividend paid 100.00% on $1,772.50, Accountant for Trustee Fees (Trustee Firm); Reference: | 3310-000 | | 1,772.50 | 81,885.08 |
| 02/04/21 | 10118 | Rosenberg Musso & Weiner | Dividend paid 100.00% on $46,562.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 4,062.50 | 77,822.58 |
| 02/04/21 | 10119 | Rosenberg Musso & Weiner | Dividend paid 100.00% on $1,761.97, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 90.00 | 77,732.58 |
| 02/04/21 | 10120 | Joseph Broderick | Dividend paid 100.00% on $5,135.00, Special Accountant Fees (Chapter 11);  Reference: | 6410-580 | | 5,135.00 | 72,597.58 |
| 02/04/21 | 10121 | Richard Creditor, Esq. | Dividend paid 100.00% on $680.00, Special Counsel Fees (Chapter 11);  Reference: | 6210-600 | | 680.00 | 71,917.58 |
| 02/04/21 | 10122 | Richard Creditor, Esq. | Dividend paid 100.00% on $124.11, Special Counsel Expenses (Chapter 11);  Reference: | 6220-610 | | 124.11 | 71,793.47 |
| 02/04/21 | 10123 | Flushing Bank | Dividend paid  93.30% on $425,274.68; Claim# 2 -3; Filed: $425,274.68; Reference: | 4110-000 | | 71,793.47 | 0.00 |

| | | | | ACCOUNT TOTALS | 113,962.17 | 113,962.17 | $0.00 |
|---|---|---|---|---|---|---|---|
| | | | | Less: Bank Transfers | 113,962.17 | 0.00 | |
| | | | | Subtotal | 0.00 | 113,962.17 | |
| | | | | Less: Payments to Debtors | | 0.00 | |
| | | | | NET Receipts / Disbursements | $0.00 | $113,962.17 | |

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

| | | |
|---|---|---|
| **Case Number:** | 1-17-40960-NHL | |
| **Case Name:** | BIG TIME HOLDINGS, LLC | |
| | | |
| **Taxpayer ID #:** | **-***5799 | |
| **Period Ending:** | 07/22/21 | |

| | | |
|---|---|---|
| **Trustee:** | ROBERT J. MUSSO (520810) | |
| **Bank Name:** | People's United Bank | |
| **Account:** | ******6487 - Checking Account | |
| **Blanket Bond:** | $44,643,604.00  (per case limit) | |
| **Separate Bond:** | N/A | |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******0466** | 518,011.76 | 404,049.59 | 0.00 |
| **Checking # ******6487** | 0.00 | 113,962.17 | 0.00 |
| | $518,011.76 | $518,011.76 | $0.00 |

{} Asset reference(s)

Printed: 07/22/2021 01:42 PM   V.20.34